IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) |
| vs. | ) Criminal No. 15-97 |
| | ) |
| DONALD MITCHELL, | ) |
| | ) |
| Defendant. | ) |

ORDER OF COURT

AND NOW, to-wit, this 28th day of September, 2015, upon consideration of the foregoing Motion for Pre-Guilt Presentence Investigation, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is GRANTED and that, pursuant to Federal Rule of Criminal Procedure 32(e)(1), the United States Probation Office is directed to conduct a complete criminal history investigation of Defendant Donald Mitchell for the purpose of determining the Defendant's criminal history points and category, including career offender or armed career criminal status.

It is FURTHER ORDERED that the United States Probation Office shall prepare the report regarding the same and disclose the Report to the Defendant's counsel, counsel for the Government and the Defendant on or before November 23, 2015.

IT IS FURTHER ORDERED that the extension of time caused by the preparation of the Pre-Guilt Presentence Report, from the

date of this Order until the filing of the Pre-Guilt Investigation Report, be deemed excusable delay under the Speedy Trial Act, 18 U.S.C. § 3161 et seq. Specifically, the Court finds that the ends of justice served by granting this extension outweigh the best interests of the public and the Defendant to a speedy trial, 18 U.S.C. § 3161(h)(8)(A), et seq., since, for the reasons which are stated in Defendant's motion, the failure to grant such continuance would deny counsel for the Defendant sufficient time necessary for effective preparation, taking into account the exercise of due diligence, 18 U.S.C. § 3161(h)(7)(B)(iv), et seq.

BY THE COURT:

_Maurice B. Cohill, Jr._
Maurice B. Cohill
United States District Judge